DANIEL G. BOGDEN
United States Attorney
District of Nevada
PAMELA A. MARTIN
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:05-CR-00052-GMN-VCF |
| Plaintiff, | **GOVERNMENT'S MOTION TO QUASH WARRANT AND DISMISS SUPERSEDING INDICTMENT** |
| v. | |
| ISAAC BARROTT VALDEZ, | |
| Defendant. | |

COMES NOW, the United States of America, by and through counsel, DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and PAMELA A. MARTIN, Assistant United States Attorney, and hereby moves this Court to quash the Warrant issued for the above named Defendant (Docket #14) and dismiss the Superseding Indictment (Docket #11).

This Motion is based on the fact that the Defendant was extradited from Spain to the Southern District of New York for prosecution on another criminal matter. The defendant pled guilty in the Southern District, and that plea encompassed the facts and allegations in the matter before this Court. The Defendant is currently serving a prison sentence.

1     Therefore, there is no longer a need for the Defendant to appear in this Court.

2     Dated this 17th day of March 2016.

3                                                      Respectfully submitted,

4                                                      DANIEL G. BOGDEN
United States Attorney

5

6                                                      */s/ Pamela A. Martin*

7                                                    PAMELA A. MARTIN
Assistant United States Attorney

8   IT IS SO ORDERED.

9   Dated this 25th day of March 2016

10

11

12   _____

    CAM FERENBACH

13   UNITED STATES MAGISTRATE JUDGE

2